UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KING KULLEN GROCERY CO., INC., on behalf of itself and all others similarly situated, | ) ) ) ) ) |
| Plaintiff(s), | ) ) |
| v. | ) ) |
| CAL-MAINE FOODS, INC., et al., | ) ) ) |
| Defendant(s). | ) |

Cause No. 1:25-cv-02274-TWP-MJD

**MOTION TO APPEAR *PRO HAC VICE***

Pursuant to S. D. Ind. Local Rule 83-6(a), Carrie A. Syme respectfully requests entry of an Order granting leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Plaintiff King Kullen Grocery Co., Inc., in the above-styled cause only. In support of this motion, the undersigned states:

1. I am admitted to practice and in good standing (*i.e.,* currently authorized to practice as an attorney) in the following United States court(s) and/or state's highest court(s): (-) United States District Court, Eastern District of New York (year admitted 2001), and (-) the state of New York (year admitted 2001).

2. I have never been disbarred or suspended from practice before any court, department, bureau or commission of any state or the United States. I have never received a reprimand or been subject to other disciplinary action from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

3. I certify that I have reviewed the *Seventh Circuit Standards of Professional Conduct* and the Local Rules of the court, including the Rules of Disciplinary Enforcement, and that I will abide by these rules and standards.

    4.  The administrative fees required to process this motion for admission *pro hac vice* will be paid to the Clerk of this Court via pay.gov at the time of filing this motion.

    WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting leave to appear *pro hac vice* for purposes of this cause only.

Dated: November 21, 2025        Respectfully submitted,

/s/ Carrie A. Syme  
Carrie A. Syme  
DiCello Levitt LLP  
485 Lexington Avenue, Suite 1001  
New York, NY 10017  
Ph: (646) 933-1000  
Fax: (646) 494-9648  
csyme@dicellolevitt.com