UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KING KULLEN GROCERY CO., INC., on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CAL-MAINE FOODS, INC.; ROSE ACRE FARMS, INC.; VERSOVA HOLDINGS, LLC; HILLANDALE FARMS OF PA., INC.; HILLANDALE-GETTYSBURG, LLC., HILLANDALE FARMS EAST, INC; HILLANDALE FARMS, INC.; DAYBREAK FOODS, INC.; URNER BARRY PUBLICATIONS, INC. d/b/a EXPANA; EGG CLEARINGHOUSE, INC.; UNITED EGG PRODUCERS; and JOHN DOES 1-10,<br><br>Defendants. | Case No. 1:25-cv-02274-TWP-TAB |

**NOTICE OF THE STATUS OF THE MOTION TO TRANSFER**

Plaintiff King Kullen Grocery Co., Inc., by and through its undersigned attorneys, respectfully submits this notice setting forth the status of Plaintiff's motion to transfer in response to the Court's December 22, 2025 Order. Dkt. No. 93.[1] Plaintiff states as follows:

On November 6, 2025, Plaintiff filed its complaint. Dkt. No. 1. On November 19, 2025, Plaintiff filed the Motion for Transfer and Coordination or Consolidation under 28 U.S.C. § 1407 before the United States Judicial Panel on Multidistrict Litigation ("JPML"), identifying six then-pending related cases. *See In re Shell Eggs Antitrust Litig.*, No. 3175 (J.P.M.L. Nov. 19, 2025),

---

[1] Unless otherwise noted, citations to "Dkt. No. __" refer to the docket in the above-captioned litigation.

Dkt. No. 1 (the "Motion"). On December 17, 2025, Plaintiff, together with Defendants and the plaintiff in the case captioned *Nineteenseventynine LLC v. Cal-Maine Foods, Inc., et al.*, No. 1:25-cv-02301-RLY-MJD (S.D. Ind.), submitted a proposed Stipulated Scheduling Order requesting an order extending Defendants' deadline to answer or otherwise respond to the Complaints in both actions. Dkt. No. 90. On December 22, 2025, the Court granted in part and denied in part the parties' request. Dkt. No. 93. Specifically, the Court ruled, "[t]he deadline for filing a response to Plaintiff's Complaint is extended to the date fourteen days after the JPML's denial of the [Motion]. If the motion for transfer is granted, the deadline for filing a response to Plaintiff's Complaint will be decided by the MDL court. Beginning on January 20, 2026, and each 28 days thereafter, Plaintiff shall file a Notice setting forth the status of the motion to transfer." *Id.*

Accordingly, on January 20, 2026, Plaintiff advised the Court that the Motion had been fully briefed and oral argument was scheduled for January 29, 2026. Dkt. No. 113.

On February 10, 2026, the JPML issued a Transfer Order directing that this action be transferred to the Western District of Wisconsin and assigned to Judge James D. Peterson for coordinated or consolidated pretrial proceedings. *In re Shell Eggs Antitrust Litig.*, No. 3175, Dkt. No. 80. A copy of the Transfer Order is submitted as Exhibit A.

In light of the Transfer Order and impending transfer of this case to the Western District of Wisconsin, Plaintiff believes it would be appropriate to vacate the Court's Order Setting Telephonic Initial Pretrial Conference (Dkt. No. 118).

Dated: February 17, 2026                    Respectfully submitted,

/s/ *Scott D. Gilchrist*
Irwin B. Levin (Atty. No. 8786-49)
Scott D. Gilchrist (Atty. No. 16720-53)
Edward B. Mulligan V (Atty. No. 29400-53)
**COHENMALAD, LLP**
One Indiana Square, Suite 1400
Indianapolis, IN 46204
(317) 636-6481
ilevin@cohenandmalad.com
sgilchrist@cohenandmalad.com
nmulligan@cohenmalad.com

Gregory S. Asciolla (*pro hac vice*)
Alexander E. Barnett (*pro hac vice*)
Jonathan S. Crevier (*pro hac vice*)
Carrie A. Syme (*pro hac vice*)
Hannah Grace (*pro hac vice*)
**DICELLO LEVITT LLP**
485 Lexington Avenue, Suite 1001
New York, New York 10017
(646) 933-1000
gasciolla@dicellolevitt.com
abarnett@dicellolevitt.com
jcrevier@dicellolevitt.com
csyme@dicellolevitt.com
hgrace@dicellolevitt.com

David E. Kovel (*pro hac vice*)
Lauren Wands (*pro hac vice*)
James Isacks (*pro hac vice*)
**KIRBY McINERNEY LLP**
250 Park Avenue, Suite 820
New York, NY 10177
(212) 371-6600
dkovel@kmllp.com
lwands@kmllp.com
jisacks@kmllp.com

Robert J. Gralewski, Jr. (*pro hac vice*)
**KIRBY McINERNEY LLP**
1420 Kettner Boulevard, Suite 100
San Diego, CA 92101
(858) 834-2044
bgralewski@kmllp.com

3

        Heidi M. Silton (*pro hac vice*)
        Jessica N. Servais (*pro hac vice*)
        Joseph C. Bourne (*pro hac vice*)
        **LOCKRIDGE GRINDAL NAUEN PLLP**
        100 Washington Avenue South, Suite 2200
        Minneapolis, Minnesota 55401
        (612) 339-6900
        hmsilton@locklaw.com
        jnservais@locklaw.com
        jcbourne@locklaw.com

        ***Attorneys for Plaintiff and the Proposed Class***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 17, 2026, a copy of the foregoing was served via the CM/ECF system to all counsel of record.

        */s/ Scott D. Gilchrist*
        Scott D. Gilchrist